NAENB MERSHAH  # A212194949
Name and Prisoner/Booking Number

LA PALMA C.C
Place of Confinement

5501 N. LA PAIMA RD
Mailing Address

Eloy, AZ, 85131
City, State, Zip Code

FILED ____ LODGED
RECEIVED ____ COPY
MAY 1 9 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

NAENB MERSHAH,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CORE CIVIC,
(Full Name of Defendant)

(2) HELEN HILTS,

(3) DR. ZARKARIE,

(4) JERI GARCIA,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21 CV-00079-DGC-MTM
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: ELOY, ARIZONA / LA PALMA C.C

Revised 3/11/16

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4
(Rule Number/Section)

550/555

## B. DEFENDANTS

1. Name of first Defendant: **CORE CIVIC**. The first Defendant is employed as: **CONTRACTOR** at **LA PALMA CORRECTIONAL CTR**.
   (Position and Title) (Institution)

2. Name of second Defendant: **HELEN HILTZ**. The second Defendant is employed as: **MEDICAL DOCTOR** at **LA PALMA CORRECTIONAL CTR**.
   (Position and Title) (Institution)

3. Name of third Defendant: **ZAKARIE**. The third Defendant is employed as: **MEDICAL DOCTOR** at **LA PALMA CORRECTIONAL CTR**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: **JERI GARCIA**. The fourth Defendant is employed as: **NURSE PRACTIONER** at **LA PALMA CORRECTIONAL CTR**.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **MERSHAH** v. **PULASKI COUNTY**
      2. Court and case number: **NOT CURRENTLY AVAILABLE**.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **DISMISSED**

   b. Second prior lawsuit:
      1. Parties: **MERSHAH** v. **I.C.E**
      2. Court and case number: **N/A**.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **dismissed**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>DENIED MEDICAL CARE / MEDICAL CARE ACT</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Upon arriving at LPCC I informed intake staff of past medical issues including seizures and asthma. LPCC/Core Civic medical staff denied me my prescribed inhaler. At this time I requested my medical records from Illinois Dept of Corrections to show my diagnosis of asthma. After some back and forth between Illinois D.O.C and LPCC, I did receive my medical records after about 4 months. From 10-20-20 which was my arrival to LPCC to present I have been denied medical attention and treatment for my asthma. On 11-21-20 I was taken to Banner Hospital, Casa Grande for chronic severe abdominal pain. Dr. Spenser R. Wolken issued me the prescription for Albuterol 90 mcg Inhalation Aerosol MRN# 856330. Upon my return to LPCC nurse practioner Garcia was the 1st LPCC/Core Civic staff member to deny me my prescribed inhaler but stated she would see what she could do. Nothing was ever done, I never received treatment or my prescribed inhaler. My diagnosed asthma was never acknowledged, only ignored. I have submitted a dozen DRSO grievances since my 10-20-20 arrival at LPCC. None leading to obtaining medical treatment for my asthma.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Pain and suffering on a daily basis. Seizures have increased and now it has taken a tremendous affect on my mental health. I have increased coughing.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>MEDICAL CARE ACT</u>
<u>DENIED MEDICAL CARE</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 1-8-21 I was seen by Helen Hilts at which time I asked about the status of my inhaler. She had me sign a 2nd release of information form to obtain my medical records. At this visit Helen Hilts gave me Azithromycin medication for Bronchitis. I explained to her that I've been going through pain and discomfort since my arrival on 10-20-20 where upon the intake process I made my asthma condition known. She (Helen Hilts) stated that I did not disclose my asthma to the LPCC/Free Clinic Intake Staff. She further went on to say that she did not believe me. I explained to her that I was experiencing chest pains and difficulty breathing sometimes. She still denied giving me my inhaler. Helen Hilts instead gave me Gavilax (gas medication). This medication did not alleviate my symptoms related to my asthma. Before the end of my visit I asked Helen Hilts to grant me my inhaler at which time she stated "How do you expect me to believe you, with all the tattoo's on your face". On 1-9-21 at about 10:15 pm I had an asthma attack and was taken to medical where I was kept overnight for observation. I was sent back to my housing unit after the overnight observation and denied my asthma inhaler. I have submitted a dozen or so grievances since my 10-20-20 arrival at LPCC. None leading to obtaining medical treatment for my asthma.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Pain and suffering on a daily basis. Seizures have increased and has now taken a tremendous affect on my mental health. I have increased coughing.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>MEDICAL CARE ACT/</u>
   <u>DENIED MEDICAL CARE</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   AFTER A DOZEN OR SO GRIEVANCES THAT HAVE BEEN DENIED OR REJECTED (SEE ATTACHED) AND SOME THAT HAVE GONE UNANSWERED, EVEN AFTER MY MEDICAL RECORDS WERE OBTAINED BY LPCC/CORE CIVIC STAFF 2-2-21 DECLARING MY ASTHMA DIAGNOSIS, ACCESS TO MY PRESCRIBED INHALER HAS BEEN DENIED. I HAVE ALSO SEEN AND PLEADED WITH DR. ZAKARIE IN HOPES THAT SOMEONE WITHIN LPCC/CORE CIVIC STAFF WOULD ACKNOWLEDGE MY DIAGNOSIS AND MEDICAL NEED OF MY INHALER. ALTHOUGH I INFORMED DR. ZAKARIE OF MY ONGOING CHEST PAINS AND DIFFICULTY BREATHING, HE DID NOT PROVIDE ANY TREATMENT OR MEDICAL ATTENTION FOR MY ASTHMA RELATED ISSUES. FOR SOME REASON DR. ZAKARIE PRESCRIBED FLUTICASONE (ALLERGY MED) WHICH ONLY CAUSED NOSTRIL DRYNESS AND BLOCKAGE CAUSING EVEN MORE DIFFICULTY BREATHING. NONE OF THE NUMEROUS GRIEVANCES SUBMITTED LED TO ME RECIEVING MEDICAL TREATMENT FOR MY ASTHMA.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PAIN AND SUFFERING ON A DAILY BASIS. SEIZURES HAVE INCREASED AND NOW HAS TAKEN A TREMENDOUS AFFECT ON MY MENTAL HEALTH. I HAVE INCREASED COUGHING.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I AM SEEKING PUNITIVE AND COMPENSATORY DAMAGES FOR DENIAL OF MEDICAL TREATMENT AND ATTENTION, LEADING TO MENTAL, EMOTIONAL AND PHYSICAL STRESS, CAUSING DETERIORATION OF MY OVERALL HEALTH.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/16/21
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.